UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER INTERESTS

Disclosures must be filed on behalf of <u>all</u> parties to a civil, agency, bankruptcy or mandamus case, except that a disclosure statement is **not** required from the United States, from an indigent party, or from a state or local government in a pro se case. In mandamus cases arising from a civil or bankruptcy action, all parties to the action in the district court are considered parties to the mandamus case.

Corporate defendants in a criminal or post-conviction case and corporate amici curiae are required to file disclosure statements.

If counsel is not a registered ECF filer and does not intend to file documents other than the required disclosure statement, counsel may file the disclosure statement in paper rather than electronic form. Counsel has a continuing duty to update this information.

No. __15-1211__    Caption: __Jane Doe #1 et al., Appellees v. Matt Blair, Appellant__

Pursuant to FRAP 26.1 and Local Rule 26.1,

__Matt Blair__
(name of party/amicus)

_____

 who is _____Appellant_____, makes the following disclosure:
(appellant/appellee/petitioner/respondent/amicus/intervenor)

1.  Is party/amicus a publicly held corporation or other publicly held entity?  ☐ YES ☑ NO

2.  Does party/amicus have any parent corporations?   ☑ YES ☐ NO
    If yes, identify all parent corporations, including grandparent and great-grandparent corporations:
    Mr. Blair is a former employee of Res-Care, Inc., a party below and possible party to this appeal.

3.  Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity?  ☐ YES ☑ NO
    If yes, identify all such owners:

4.  Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule 26.1(b))?  ☑YES ☐NO
    If yes, identify entity and nature of interest:
    The aformentioned Res-Care, Inc. is a party below and possible party to this appeal.

5.  Is party a trade association? (amici curiae do not complete this question)  ☐YES ☑NO
    If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6.  Does this case arise out of a bankruptcy proceeding?  ☐YES ☑NO
    If yes, identify any trustee and the members of any creditors' committee:

Signature: /s/E. Taylor George                    Date: March 2, 2015

Counsel for: Matt Blair, Appellant

# CERTIFICATE OF SERVICE
**************************

I certify that on March 2, 2015 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Thomas A. Rist
103 Fayette Avenue
Fayetteville, West Virginia 25840

Erwin J. Conrad
Jamison T. Conrad
P.O. Drawer 958
Fayetteville, West Virginia 25840

John P. Fuller
Suleiman O. Oko-ogua
Bailey & Wyant, PLLC
500 Virginia Street, E., Suite 600
Charleston, West Virginia 25301

/s/E. Taylor George                              March 2, 2015
       (signature)                                   (date)