UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. __15-1211__ as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: __Jane Doe#1 and Jane Doe #2, minors by their next friends & guardians Ben and Kelly Houdersheldt; Ben Houdersheldt; Kelly Houdersheldt__ as the
(party name)

[ ] appellant(s)  [✓] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

_/s/ Jamison T. Conrad_
(signature)

| | |
|---|---|
| Jamison T. Conrad | 304 574 2800 |
| Name (printed or typed) | Voice Phone |
| Conrad & Conrad pllc | 304 574 2460 |
| Firm Name (if applicable) | Fax Number |
| P.O Drawer 958, 215 W. Maple Ave. | |
| Fayetteville, WV 25840 | jamison@conradlawwv.com |
| Address | E-mail address (print or type) |

### CERTIFICATE OF SERVICE

I certify that on __March 9, 2015__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Thomas A. Rist
103 Fayette Avenue
Fayetteville, WV 25840

Erwin L. Conrad
P.O. Drawer 958
Fayetteville, WV 25840

John P. Fuller
Suleiman Oko-ogua
Bailey & Wyant, PLLC
500 Virginia Street E., Suite 600
Charleston, WV 25301

_/s/_                                      __March 9, 2015__
Signature                                           Date

05/07/2014
SCC