Case No. 15-1211
IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**MATT BLAIR,**
      Appellant,

v.

**JANE DOE #1, a minor, by her
next friends and guardians,
BEN and KELLY HOUDERSHELDT,
and
JANE DOE #2, a minor, by her
next friends and guardians,
BEN and KELLY HOUDERSHELDT,**

      Appellees.

## DESIGNATION OF APPENDIX

COMES NOW Appellant Matt Blair, by counsel, E. Taylor George, Michael E. Mullins, and the law firm of MacCorkle Lavender, PLLC, pursuant to Federal Rule of Appellate Procedure 30(b)(1) with this designation of appendix for this appeal.

Mr. Blair designates the following documents from the District Court docket sheet: 1, 90, 93, 94, 95, 97, 98, and 99. Early agreement is requested, pursuant to the aforementioned rule.

                              **MATT BLAIR,
By Counsel**

*/s/E. Taylor George*
E. Taylor George (WV State Bar #8892)
Michael E. Mullins (WV State Bar #12064)
MacCorkle Lavender PLLC
300 Summers Street, Suite 800
Post Office Box 3283
Charleston, WV 25332.3283
(304) 344-5600
(304) 344-8141 (Fax)

ATTREF 7499, Doc. #619

Case No. 15-1211
IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**MATT BLAIR,**

    **Appellant,**

**v.**

**JANE DOE #1, et al.,**

    **Appellees.**

## CERTIFICATE OF SERVICE

I, E. Taylor George, counsel for Defendant Matt Blair, do hereby certify that on March 20, 2015, I served a true and correct copy of the foregoing **DESIGNATION OF APPENDIX** upon all counsel/parties of record, by filing in the Court's ECF system to the following parties:

| | |
|---|---|
| Thomas A. Rist<br>103 Fayette Avenue<br>Fayetteville, West Virginia 25840<br><br>Erwin L. Conrad<br>Jamison T. Conrad<br>P.O. Drawer 958<br>Fayetteville, West Virginia 25840<br>*Attorneys for Plaintiffs* | John P. Fuller<br>Suleiman O. Oko-ogua<br>Bailey & Wyant, PLLC<br>500 Virginia St., E. Suite 600<br>Charleston, WV 25301<br>*Counsel for Defendant Res-Care, Inc.* |

                                                /s/E. Taylor George
                                                E. Taylor George (WV State Bar #8892)
                                                Michael E. Mullins (WV State Bar #12064)
                                                MacCorkle Lavender PLLC
                                                300 Summers Street, Suite 800
                                                Post Office Box 3283
                                                Charleston, WV 25332.3283
                                                (304) 344-5600
                                                (304) 344-8141 (Fax)

ATTREF 7499, Doc. #619