Case No. 15-1211
IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**MATT BLAIR,**
    **Appellant,**

**v.**

**JANE DOE #1, a minor, by her
next friends and guardians,
BEN and KELLY HOUDERSHELDT,
and
JANE DOE #2, a minor, by her
next friends and guardians,
BEN and KELLY HOUDERSHELDT,**

    **Appellees.**

## MOTION TO FILE AMENDED NOTICE OF REMOVAL

COMES NOW Defendant Res-Care, Inc., by counsel, pursuant to 28 U.S.C. § 1653, with this Motion to file the attached Amended Notice of Removal. That statute provides that defective allegations of jurisdiction may be amended in the appellate courts. As the Court is aware, there is an allegation that the statement of jurisdiction contained in the original Notice of Removal was defective. Without conceding that this is accurate, but rather to resolve any question and insure that the removal is effective, this Motion is made. The Amended Notice of Removal is attached as **Exhibit A**. Res-Care respectfully requests that this Court grant the motion and order the attached Amended Notice of Removal to be filed.

**RES-CARE, INC.**
**By counsel,**

*/s/Suleiman Oko-ogua*
John P. Fuller (WV Bar #9116)
Suleiman Oko-ogua (WV Bar #10713)
Bailey & Wyant, PLLC
500 Virginia Street, East, Suite 600
Post Office Box 3710
Charleston, West Virginia 25337-3710
(304) 345-4222

Case No. 15-1211
IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**MATT BLAIR,**
      Appellant,

v.

**JANE DOE #1, et al.,**

      Appellees.

## CERTIFICATE OF SERVICE

I, Suleiman O. Oko-ogua, counsel for Defendant Res-Care, Inc., do hereby certify that on April 1, 2015, I served a true and correct copy of the foregoing **MOTION TO FILE AMENDED NOTICE OF REMOVAL** upon all counsel/parties of record, by filing in the Court's ECF system to the following parties:

| | |
|---|---|
| Thomas A. Rist | E. Taylor George |
| 103 Fayette Avenue | Michael E. Mullins |
| Fayetteville, West Virginia 25840 | MacCorkle Lavender, PLLC |
| | 300 Summers St., E. Suite 800 |
| Erwin L. Conrad | Charleston, WV 25301 |
| Jamison T. Conrad | *Counsel for Defendant Matt Blair* |
| P.O. Drawer 958 | |
| Fayetteville, West Virginia 25840 | |
| *Attorneys for Plaintiffs* | |

                                            */s/Suleiman Oko-ogua*
                                            John P. Fuller (WV Bar #9116)
                                            Suleiman Oko-ogua (WV Bar #10713)
                                            Bailey & Wyant, PLLC
                                            500 Virginia Street, East, Suite 600
                                            Post Office Box 3710
                                            Charleston, West Virginia 25337-3710
                                            (304) 345-4222