UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 13, 2015

_____

RESPONSE REQUESTED
_____

No. 15-1211,   Jane Doe #1 v. Matt Blair
                5:14-cv-23501

TO:    Erwin L. Conrad
         Thomas A. Rist
         Jamison T. Conrad

RESPONSE DUE: 04/27/2015

Response is required to the motion by Appellant Res-Care, Inc. to file an amended Notice of Removal. Response(s) must be filed by the amended response due date shown in this notice.

Amy L. Carlheim, Deputy Clerk
804-916-2702